UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rachelle Litchtenstein,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 12 CV 1641<br><br>ECF Case (ARR)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Rachelle Lichtenstein, by her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant NCO Financial Systems, Inc.

Date: July 23, 2012

_____
Samuel A. Ehrenfeld
FREDRICK SCHULMAN & ASSOCIATES
*Attorneys for Plaintiff*
30 East 29th Street
New York, New York 10016
(212) 796-6053

SO ORDERED:

_____
Allyne R. Ross, U.S.D.J.

Dated: _____, 2012